# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### ALEXANDRIA DIVISION

| | |
|---|---|
| **MANFREDO ANTONIO VENTURA CERVANTES** | **CIVIL ACTION NO. 26-CV-1377 SECTION P** |
| **VS.** | **JUDGE DAVID C. JOSEPH** |
| **MARKWAYNE MULLIN ET AL** | **MAGISTRATE JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The REPORT AND RECOMMENDATION [Doc. 20] of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS ORDERED, ADJUDGED, AND DECREED that Petitioner Manfredo Antonio Ventura Cervantes's petition is **DENIED**.

THUS, DONE AND SIGNED in chambers on this 30th day of June 2026.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE